No. 10–7766. GARCIA BLANCA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 10–7769. ELLISON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–7774. DMYTRYSZYN v. COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 10–7778. BUCCI v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 10–7779. GOMEZ-MURILLO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–7780. HARDIN v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 10–7782. FERGUSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–7784. HERNANDEZ-PEREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–7787. RAINER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–7789. RIVERA-RODRIGUEZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 10–7790. FEASTER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–7794. FORD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–7796. HARVEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–7798. MIRANDA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–7801. LEE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–7806. LAURIENTI v. UNITED STATES. C. A. 9th Cir. Certiorari denied.